UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ZOTYNIA, MICHELLE D.

Case No.: 17-30687  
Chapter: 7 -- Liquidation  
Judge: JOHN K. SHERWOOD

## NOTICE OF PROPOSED ABANDONMENT

Nicholas J. Delzotti, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable JOHN K. SHERWOOD on 01/02/2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Property is located at<br>104 Allen Street<br>Netcong, N.J. 07857<br>Property has a fair market value of $215,000.00 per Re/Max appraisal |
|---|---|

| Liens on property: | Mortgage is held by<br>SLS for Deutche Bank<br>with a balance of<br>$281,859.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Nicholas J. Delzotti

Address: PO Box, 20117, Newark, NJ 07102

Telephone No.: (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Michelle D. Zotynia
    Debtor

Case No. 17-30687-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Nov 20, 2017
                   Form ID: pdf905    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
```
db            +Michelle D. Zotynia,    104 Allen St.,    Netcong, NJ 07857-1226
517117308      Advocare,    c/o IC System,    P.O. Box 64437,    St. Paul, MN 55164-0437
517117310     +Borough of Netcong,    23 Maple Avenue,    Netcong, New Jersey 07857-1105
517117311     +Buckley Madole PC,    99 Wood Avenue SOuth,    Suite 803,    Iselin, New Jersey 08830-2713
517117312      Emergency Physicians of St. Clare's LLC,    P.O. Box 51028,    Newark, NJ 07101-5128
517117313     +GM Financial,    PO BOX 78143,    Phoenix, Arizona 85062-8143
517117314     +Kohl's,    c/o Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
517117315      Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
517117316      New Jersey Imaging Network,    27695 Network Place,    Chicago, IL 60673-1276
517117317      Obesity Treatment Centers of NJ,    c/o Remex Revenue Management,    307 Wall Street,
                 Princeton, NJ 08540-1515
517117318     +QVC,    c/o Penn Credit Corporation,    P.O. Box 1259, Department 91047,    Oaks, PA 19456-1259
517117319     +SLS for Deutche Bank,    8742 Lucent Boulevard,    Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517117320     +SRA Associates LLC,    401 Minnetonka Road,    Hi Nella, NJ 08083-2914
517117322     +St. Clare's Hospital,    c/o Celentano, Stadtmauer & Walentowicz,    1035 Route 46 East,
                 Clifton, NJ 07013-2468
517117321      St. Clare's Hospital,    P.O. Box 536598,    Pittsburgh, PA 15253-5907
517117323     +Toyota Motor Credit Corp.,    c/o Central Credit Services LLC,    20 Corporate Hills Drive,
                 St. Charles, MO 63301-3749
517150981      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517117324      Verizon,    c/o Diversified Consultants, Inc.,    P.O. Box 1391,    Southgate, MI 48195-0391
517117325     +Verizon,    c/o Diversified Adjustment Service, Inc.,    600 Coon Rapids Boulevard,
                 Coon Rapids, MN 55433-5549
517117326      Verizon,    c/o EOS CCA,    P.O. Box 981002,    Boston, MA 02298-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 23:41:24    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 23:41:22    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517117309     +E-mail/Text: ally@ebn.phinsolutions.com Nov 20 2017 23:40:41    Ally,    PO BOX 380902,
                 Bloomington, Minnesota 55438-0902
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
```
              Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               J.P. Morgan Mortgage Acquisition Trust 2007- Ch1, Asset Backed Pass-Through Certificates, Series
               2007-Ch1 dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Ira A. Cohen     on behalf of Debtor Michelle D. Zotynia iaclo3155@optonline.net,
               iaclo@aol.com;susan3155@optonline.net
              Nicholas J. Delzotti     on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti     nick9151@aol.com,    NJ58@ecfcbis.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 20, 2017
                              Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007- Ch1, Asset Backed Pass-Through Certificates, Series 2007-Ch1 rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                           TOTAL: 6