Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17–30687–JKS
                        Chapter:  7
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle D. Zotynia
   104 Allen St.
   Netcong, NJ 07857

Social Security No.:
   xxx–xx–5443

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 16, 2018</u>　　　　　　　<u>John K. Sherwood</u>
　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court